AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

WILLIAM DANILO MEJIA CRUZ a/k/a
MICHAEL ANTHONY DIAZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-840-HBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 19, 2004__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport,

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am a(n) __Special Agent, DSS__ and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of DSS Special Agent Nicholas C. Porter

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

04-29-2004  @ 11:20 AM.           at        Boston, Massachusetts
Date                                         City and State

MARIANNE B. BOWLER
Chief United States Magistrate Judge                  _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.