UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **05CR 10119 GAO** |
| v. | ) CRIMINAL NO. |
| WILLIAM MEJIA CRUZ<br>a/k/a MICHAEL ANTHONY DIAZ | ) VIOLATION:<br>) 18 U.S.C. § 1542 -<br>) Passport Fraud |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 1542 -- False Statement In Connection With Passport Application)

The Grand Jury charges that:

On or about March 19, 2004, at Boston, in the District of Massachusetts,

WILLIAM MEJIA CRUZ, a/k/a MICHAEL ANTHONY DIAZ, the defendant herein, did willfully and knowingly make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS

May 4, 2005
~~Apr. 26, 2005~~

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk    12:43 pm

≈JS 45 (5/97) - (Revised USAO MA 3/7/02)

**05 CR 10119 GAO**

__Criminal Case Cover Sheet__          __U.S. District Court - District of Massachusetts__

**Place of Offense:**     Category No. __II__     Investigating Agency __DSS__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __04-840-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William Mejia Cruz__     Juvenile ☐ Yes ☒ No

Alias Name __Michael Anthony Diaz__

Address __136 Crawford Street, Apt. no. 10, Dorchester, MA__

Birth date: __1969__ SS#: _____ Sex: __M__ Race: __Hisp.__ Nationality: __Domin. Repub.__

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Donald L. Cabell__     Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No     List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __April 27, 2005__     Signature of AUSA: _/s/ Donald Cabell_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  William Mejia Cruz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1542 | False Statements to Obtain Passport | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  DSS